852

Circuit denied. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones* and *Miss Helen R. Carloss* for respondent.

No. 150. SLACK BROS., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. J. Batter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Joseph M. Jones* and *Miss Helen R. Carloss* for respondent.

No. 795. GLOBE INDEMNITY Co. *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. William F. Kelly* and *P. J. J. Nicolaides* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea, Mr. Abraham J. Harris* and *Miss Cecelia Goetz* for the United States.

No. 802. ESTATE OF JOHNSON *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. John Jay McKelvey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Mrs. Elizabeth B. Davis* for the United States.

No. 808. TREE ET UX. *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Court of